DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
BRIAN P. CEBALLO, State Bar #243828
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3911
Facsimile:    (415) 554-3837
Email:        brian.ceballo@sfgov.org

Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK C. WHITE, individually; AMELIA KALNOKI individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY OF SAN FRANCISCO; THE SAN FRANCISCO POLICE DEPARTMENT; POLICE CHIEF GREG SUHR; POLICE OFFICER BADGE NO. 934; THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; COUNTY OF SAN FRANCISCO; OFFICIAL #022 OF THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; and DOES 1 through 10,<br><br>    Defendants. | Case No. 14-cv-3712 KAW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM DECEMBER 16, 2014 TO MARCH 24, 2015; AND PROPOSED ORDER**<br><br>Trial Date:              Not Set |

On November 12, 2014, the Court continued the case management conference, then set for

November 18, 2014, to December 16, 2014 at 1:30 p.m.

1  Due to a scheduling conflict, the City and County of San Francisco requests a continuance of
2  the present case management conference to March 24, 2015 at 1:30 p.m. or some other date
3  convenient to the court and parties.
4  Counsel for the City has met and conferred with plaintiffs' counsel regarding the proposed new
5  date and they pose no objection.

7  Dated:  November 18, 2014

8  DENNIS J. HERRERA
   City Attorney
9  CHERYL ADAMS
   Chief Trial Attorney
10 BRIAN P. CEBALLO
   Deputy City Attorney

12 By:  */s/ Brian P. Ceballo*
   BRIAN P. CEBALLO

13 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.

15 Dated:  November 18, 2014         LAW OFFICES OF ANDREW G. KALNOKI

17 By:  */s/* Andrew G. Kalnoki*
18 Andrew G. Kalnoki, Esq. (SBN 108003)
   Attorney for Plaintiffs PATRICK C. WHITE and
19 AMELIA KALNOKI
   *Pursuant to GO 45, the electronic signatory has obtained
20 approval from this signatory.*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the case management conference presently set for December 16, 2014 at 1:30 p.m. be continued until March 24, 2015 at 1:30 p.m.

Dated: 11/19/14

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT